# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRED DARDASHTI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-02002-SVW-MRW<br><br>[PROPOSED] ORDER RE MAGISTRATE'S STIPULATED PROTECTIVE ORDER<br><br>**MAGISTRATE JUDGE MICHAEL R. WILNER**<br><br>[*Filed Concurrently with Magistrate's Stipulated Protected Order*]<br><br>Action Filed:  03/25/2022<br>Trial Date:     12/06/2022 |

Good cause having been shown, the Magistrate's Stipulated Protective Order is accepted.

**IT IS SO ORDERED.**

DATED:  __October 25__, 2022

/S/
_____
The Honorable Michael R. Wilner
Magistrate Judge of the United States District Court

MUSICK, PEELER
& GARRETT LLP