JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Fred Dardashti,

PLAINTIFF(S)

v.

State Farm General Insurance Company, et al.

DEFENDANT(S).

**CASE NUMBER**

2:22-cv-02002-SVW-MRW

**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**

This action came on for jury trial, the Honorable Stephen V. Wilson District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Fred Dardashti

recover of the defendant(s):

State Farm General Insurance Company, et al.

the sum of $125,000, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of "To be determined by motion of prevailing party."

Clerk, U. S. District Court

Dated: December 15, 2022

By _____
Deputy Clerk

At: _____

cc: *Counsel of record*

CV-49 (05/98)               JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)